

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2016

No. 04-16-00076-CV

**IN THE INTEREST OF J.D.R., A CHILD,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-02916
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an appeal from an order terminating appellant's parental rights. Appellant's motion for extension of time to file appellant's brief is GRANTED. We ORDER appellant to file appellant's brief on or before May 2, 2016. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court